ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE

NEW YORK, NEW YORK 10022-0123

(212) 603-6300

FAX (212) 956-2164

October 29, 2015

Lori A. Schwartz
(212) 603-6334
ls@robinsonbrog.com

**VIA ECF**
Judge Elizabeth S. Stong
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Richmond Liberty LLC
                Chapter 11 Case No. 15-44866 (ESS)

Dear Judge Stong:

      We write to advise the Court that on October 29, 2015, Richmond Liberty LLC (the "Debtor") filed a voluntary chapter 11 petition which case has been assigned to Your Honor for all purposes. The Debtor's case is related to two (2) pending chapter 11 proceedings also assigned to Your Honor, Liberty Towers Realty LLC, Chapter 11 Case No. 14-45187 and Liberty Towers Realty I, LLC, Chapter 11 Case No. 14-45189. The Debtor is also named as a defendant in the adversary proceedings captioned: Liberty Towers Realty I LLC v. Richmond Liberty LLC, Kriss & Feuerstein LLP and Jerold C. Feuerstein, Esq., Adv. Proc. No. 15-1065, and Liberty Towers Realty LLC v. Richmond Liberty LLC, Kriss & Feuerstein LLP and Jerold C. Feuerstein, Esq., Adv. Proc. No. 15-1066. Pre-trial conferences and hearings on the motions to dismiss the adversary proceedings are scheduled for tomorrow, October 30, 2015 at 10:30 a.m. The Debtor, by its proposed counsel and special counsel, will be in attendance and will be prepared to proceed with its motions to dismiss.

      Please have your chambers contact me with any questions.

Respectfully submitted,

/s/ Lori A. Schwartz
Lori A. Schwartz

{00758366.DOC;1 }

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

Judge Elizabeth S. Stong
October 29, 2015
Page 2

cc:    David Carlebach, Esq.
        Jerold C. Feuerstein, Esq.
        Greg A. Friedman, Esq.
        Benjamin M. Oxenburg, Esq.
        Marylou Martin, Esq.
        Michael J. Healy, Esq.
        Robert C. Yan, Esq.
        (all via email)

{00758366.DOC;1 }