**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300
**A. Mitchell Greene**
*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:

                                                                   Case No. 15-44866 (ESS)

**RICHMOND LIBERTY LLC**

                          Debtor.

-------------------------------------------------------X

### SUPPLEMENTAL AFFIRMATION OF COUNSEL TO THE
### DEBTOR REGARDING INCREASE
### IN BILLING RATES EFFECTIVE JANUARY 1, 2016

   A.  **MITCHELL GREENE,** does hereby affirm the following under penalties of perjury:

   1.      I am a shareholder in Robinson Brog Leinwand Greene Genovese & Gluck P.C. My firm previously filed on the Debtor's behalf an application for authorization to be retained as counsel to the Debtor.

   2.      The proposed form of order retaining my firm requires the filing of a supplemental affirmation in the event of a rate increase setting forth the amount of such rate increase for the individuals providing services for the estate, the basis for the increase and whether the Debtor has agreed or acknowledged the increase.

   3.      Attached hereto as exhibit A is a list of individual timekeeper rendering services

in this case and their rates effective January 1, 2016. In each case, the client (the Debtor,

Committee Chair or the Trustee) has been informed of the increase and has not indicated an

objection to the increase.

4.     The reason for the 2016 rate increase is a general increase in the costs of

providing legal services to clients. As a result of the increases set forth on exhibit A, there will be

parity between the rates charged to bankruptcy clients of the firm and the firm's non-bankruptcy

clients, all of whom will continue to be charged the same rates.

Dated:     New York, New York
           January 27, 2016

                                        _/s/ A. Mitchell Greene_____
                                        A.  Mitchell Greene

**Exhibit A**

| Timekeeper | Position | 2015 Rate | 2016 Rate |
|---|---|---|---|
| A. Mitchell Greene (AMG) | Partner | $650 | $665 |
| Fred B. Ringel (FBR) | Partner | $585 | $620 |
| Lori Schwartz (LS) | Partner | $475 | $485 |
| Steven Eichel (SE) | Partner | $500 | $500 |
| Roger Raimond (RAR) | Partner | $475 | $475 |
| Robert M. Sasloff (RMS) | Counsel | $475 | $485 |
| Clement Yee (CY) | Associate | $385 | $395 |
| Peter Kane (PK) | Associate | $375 | $385 |
| Matthew Capozzoli (MC) | Associate | $400 | $425 |