UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
-------------------------------------------------------x  
In re                                                          Chapter 11

RICHMOND LIBERTY LLC,              Case No.: 15-44866 (ESS)

                                  Debtor.  
-------------------------------------------------------x  
UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
-------------------------------------------------------x  
In re                                                          Chapter 11

LIBERTY TOWERS REALTY LLC,        Case No.: 14-45187 (ESS)

                                    Debtor.  
-------------------------------------------------------x  
UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
-------------------------------------------------------x  
In re                                                          Chapter 11

LIBERTY TOWERS REALTY I LLC,       Case No.: 14-45189 (ESS)

                                    Debtor.

-------------------------------------------------------x  
UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
-------------------------------------------------------x  
LIBERTY TOWERS REALTY I LLC,

                                Plaintiff,        Adv. Proc. No. 15-1065 (ESS)

            v.  
RICHMOND LIBERTY LLC,  
KRISS & FEUERSTEIN LLP and  
JEROLD C. FEUERSTEIN, ESQ.

                              Defendants.  
-------------------------------------------------------x

{00801284.DOC;1 }

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LIBERTY TOWERS REALTY LLC,

       Plaintiff,  Adv. Proc. No. 15-1066 (ESS)

  v.

RICHMOND LIBERTY LLC,
KRISS & FEUERSTEIN LLP and
JEROLD C. FEUERSTEIN, ESQ.

       Defendants.
-----------------------------------------------------------x
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RICHMOND LIBERTY LLC,

       Plaintiff,  Adv. Proc. No. 15-1191 (ESS)

  v.

WF LIBERTY LLC, LIBERTY TOWERS
REALTY LLC and LIBERTY TOWERS
REALTY I LLC,

       Defendants.
-----------------------------------------------------------x
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WF LIBERTY LLC,

       Plaintiff,  Adv. Proc. No. 15-1197 (ESS)

  v.

LIBERTY TOWERS REALTY LLC
and RICHMOND LIBERTY LLC,

       Defendants.
-----------------------------------------------------------x

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WF LIBERTY LLC,

                        Plaintiff,        Adv. Proc. No. 15-1198 (ESS)

        v.

LIBERTY TOWERS REALTY LLC,
YEHUDA LEIB PURETZ, TIRZA PURETZ,
NCC CAPITAL LLC, SESI CONSULTING
ENGINEERS P.C., CITY OF NEW YORK
DEPARTMENT OF FINANCE,

                        Defendants.
-----------------------------------------------------------x
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RICHMOND LIBERTY LLC,

                        Plaintiff,        Adv. Proc. No. 16-01014 (ESS)

        v.

WF LIBERTY LLC,

                        Defendant.
-----------------------------------------------------------x

## AMENDED NOTICE OF DEBTOR'S MOTION FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING <u>SETTLEMENT AGREEMENT</u>

      **PLEASE TAKE NOTICE** that upon the notice of motion and motion of **Richmond Liberty LLC,** the debtor and debtor in possession (the "Debtor"), by its attorneys **Robinson Brog Leinwand Greene Genovese & Gluck P.C.,** previously filed on June 28, 2016 **(ECF doc. no. 43)** a hearing (the "<u>Hearing</u>") will be held before the **Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201 on July 22, 2016 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, for an Order Pursuant to Bankruptcy Rule 9019 Approving the Settlement Agreement by and

between the Debtor, WF Liberty, LLC, Yehuda Lieb Puretz, Tirza Puretz, Liberty Towers Realty LLC and Liberty Towers Realty I LLC.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the motion, must be in writing setting forth the facts and authorities upon which an objection is based, filed with the Clerk of the Court, United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza, Brooklyn, New York 11201, with a copy to Chambers, provided, however, that pursuant to *general order* No. 462 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted in the Adobe Acrobat file format) at http://www.nyeb.uscourts.gov, and served so as to be received by the attorneys for the Debtor, Robinson Brog Leinwand Greene Genovese & Gluck P.C., 875 Third Avenue, New York, New York 10022, Attention: A. Mitchell Greene, no later than **seven (7) days** prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice except by announcement of such adjournment in open court on the date scheduled for the Hearing.

**PLEASE TAKE FURTHER NOTICE**, **that this amended notice of motion is being filed solely so as to reflect the caption of all matters referenced in the Settlement Agreement. No other or substantive amendment is contained herein.**

**DATED:**    New York, New York
July 11, 2016

      **ROBINSON BROG LEINWAND GREENE**
      **GENOVESE & GLUCK P.C.**
      *Attorneys for the Debtor and Debtor in Possession*
      875 Third Avenue
      New York, New York 10022
      Tel. No.: (212) 603-6300

      By: /s/ A. Mitchell Greene
      **A. Mitchell Greene**